**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14cr295 (SRN/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| MARTEL JAVELL EINFELDT, | |
| Defendant. | |

---

This matter is before the Court on Defendant's Motion For Continuance [Docket No. 31]. Defendant seeks a continuance of any and all deadlines and hearings, as well as the December 1st trial date.  The defendant has submitted a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act, which states that the additional time is necessary to adequately prepare for trial and also to explore a resolution of the case.  The statement includes a request that the time from the date of the statement (November 3, 2014) until the new trial date be excluded from the time in which he otherwise would have been brought to trial in this case. The Court construes this to be a request to exclude time under the Speedy Trial Act.

Based upon the files and records in this matter, and the Court having been duly advised in the premises:

**IT IS HEREBY ORDERED** that the Defendant's Motion for Continuance [Docket No. 31] is **GRANTED.**  The Court sets a new trial date of Monday, January 26, 2015.

**IT IS FURTHER ORDERED** that the Defendant's request to exclude time under the Speedy Trial Act is **GRANTED**

The Court finds that the ends of justice served by the continuance ordered herein outweigh the best interest of the public and the defendant in a speedy trial in that the failure to

grant the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the time from November 3, 2014 to the new trial date of January 26, 2015 shall be excluded from the time within which the trial of this matter must commence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).


DATED:  November 6, 2014                    s/Susan Richard Nelson
                                            SUSAN RICHARD NELSON
                                            United States District Judge